IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY CUMMINGS, | : | Civil No. 1:25-CV-01867 |
| Petitioner, | : | |
| v. | : | |
| WARDEN J. GREENE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition, Doc. 1, is **DISMISSED**.

2. The Clerk of the Court is directed to **CLOSE** the case.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Judge
                                              Middle District of Pennsylvania